**In re VISTAPRINT TECHNOLOGIES LTD.**

Nos. 2013–1261, 2013–1550.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2014.

John A. Dragseth, Fish & Richardson P.C., of Minneapolis, MN, argued for appellant. With him on the brief was RICHARD J. ANDERSON.

Michael S. Forman, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Nathan K. Kelley, Acting Solicitor, and Brian T. Racilla, Associate Solicitor.

RADER, Chief Judge, O'MALLEY, and HUGHES, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**